UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STENY GEORGE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| MICHAEL CARSON | § | JURY DEMANDED |

### DEFENDANT MICHAEL CARSONS' NOTICE OF REMOVAL

Defendant Michael Carson files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 as follows:

#### I.   NATURE OF THE SUIT

1.   Plaintiff alleges he sustained personal injuries and damages in an automobile accident that occurred in Fort Bend County, Texas. Plaintiff alleges the accident was caused by the negligence of Defendant.

#### II.   PROCEDURAL BACKGROUND

2.   On November 13, 2017, Plaintiff initiated this action against Defendant in the 434th Judicial District Court of Fort Bend County, Texas, bearing Cause No. 17-DCV-246430 ("the State Court Action").  Def.'s Ex. C.

3.   On January 9, 2018, Plaintiff filed a first amended petition. Def.'s Ex. D.

4.   On January 26, 2018, Defendant was served with a copy of a Citation and Plaintiff's First Amended Petition.  Def.'s Ex. E.

5.   On February 2, 2018, Defendant filed his Original Answer. Ex. F.

6.   Defendant removes this lawsuit within the thirty day guideline of the removal statute. 28 U.S.C. § 1446(b)(1).

### III.   BASIS FOR REMOVAL

7.  This Court has original diversity jurisdiction under 28 U.S.C. § 1332 over this civil action, and the action may be removed pursuant to 28 U.S.C. § 1441(b), as it is a civil action between citizens of different states, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8.  According to Plaintiff's First Amended Petition in the State Court Action, Plaintiff is a citizen of the state of Texas and resides in Richmond, Fort Bend County. Def.'s Ex. D ¶ 2. Defendant is a citizen of the state of California and resides in Vallejo, Solano County. *Id.* at ¶ 3. Because Plaintiff is a citizen of Texas and Defendant is a citizen of California, complete diversity of citizenship exists among the parties.

9.  Plaintiff's Original Petition in the State Court Action pleads monetary damages over $100,000 but less than $200,000. *Id.* at ¶ 9(1). Therefore, the Petition on its face demonstrates an amount in controversy that is within this Court's jurisdiction. Because the amount in controversy exceeds $75,000, and there is complete diversity between the parties, this Court has subject matter jurisdiction under 28 U.S.C. § 1332, and this removal action is proper.

10.  Removal to the Southern District of Texas, Houston Division is proper because the State Court Action is pending in Fort Bend County, which is part of the Houston Division.

11.  In compliance with 28 U.S.C. § 1446(a) and Local Rule 81, Defendant has filed with this Notice of Removal a complete copy of the State Court Action's file, including copies of all process, pleadings and orders in the State Court Action as

identified on the Index of Matters Being Filed. Def.'s Ex. A. A copy of the Docket Sheet in the State Court Action is also attached. Def.'s Ex. B.

12. In compliance with 28 U.S.C. § 1446(d), Defendant hereby certifies that he will promptly notify the clerk of the court in the State Court Action and all adverse parties of this removal.

## CONCLUSION AND PRAYER

13. The basis for this removal and this Court's jurisdiction is diversity of citizenship under 28 U.S.C. §1332 because Plaintiff is a citizen of Texas and Defendant is a citizen of California. The amount in controversy, based on Plaintiff's pleadings, facially exceeds $75,000, exclusive of interest and costs. As such, this removal is proper under 28 U.S.C. §1441. On these grounds, Defendant hereby removes the referenced State Court Action to this Court.

14. Defendant demands a jury in this removed action.

15. THEREFORE, Defendant respectfully requests that the above-entitled action be removed from the 434th Judicial District Court of Fort Bend County, Texas to the United States District Court for the Southern District of Texas, Houston Division.

[*signatures on following page*]

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

*/s/ W. Shane Osborn*
   W. Shane Osborn
   Texas Bar No. 24068343
   Federal I.D. No. 1128026
   osborn@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002
Telephone:   (713) 632-1700
Facsimile:   (713) 222-0101
**ATTORNEY-IN-CHARGE FOR DEFENDANT**

OF COUNSEL:

Marcus Miller
State Bar No. 24102211
Federal I.D. No. 3025390
miller@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of Defendant's Notice of Removal has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, by CM/ECF filing, on February 12, 2018.

*Via eService*
Jack Todd Ivey
Jacob D. Barber
contact@iveylawfirm.com

                          */s/ W. Shane Osborn*
                            W. Shane Osborn